| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| ROYCE DEMOND RICE, #16484-078 | § | |
|---|---|---|
| | § | |
| *versus* | § | CIVIL ACTION NO. 4:12-CV-700 |
| | § | CRIMINAL ACTION NO. 4:09CR00107-002 |
| UNITED STATES OF AMERICA | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that Movant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 should be denied. Movant has filed objections.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by Movant to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court. Movant's objections are overruled. It is accordingly

**ORDERED** that the Motion to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody (#1) pursuant to 28 U.S.C. § 2255 is **DENIED**, and the case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. All motions by either party not previously ruled upon are **DENIED**.

SIGNED at Beaumont, Texas, this 17th day of August, 2015.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE