UNITED STATES DISTRICT COURT OF APPEALS
FIFTH CIRCUIT OFFICE OF THE CLERK

ROYCE RICE, )
    PETITIONER )
                                                     )    CASE NUMBER: 4:12-CV-700
V. )    Appeal #15-41212
                                                     )
UNITED STATES OF AMERICA, )
    RESPONDENT(S) )
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MOTION FOR CLARAFICATION AND CORRECTION
AS TO ORDER OF THE CLERK TO PAY A FILING FEE
FOR PETITIONER'S FILING A NOTICE OF APPEAL ON 2255 DENIAL

    COMES NOW, Royce Rice, Petitioner In Prorpria Persona, without a GENERAL Appearance, to Motion the Court for CLARAFICATION as to the Petitioner's Filing his NOTICE of APPEAL on the Court's Denial of his 2255 Habeas . Petitioner apologizes if he do not mount up to the standards of an Attorney, for he is not an attorney and is a LAY PERSON in law. Petitioner MOTION this Court to correct its mistake on Order against the Petitioner to Pay a filing fee on 2255 Appeal, where according to the Fifth Circuit court - Prisoners are exempt from paying and are not required to pay any filing fee on 2255 Habeas Appeal after denial within time to appeal.

    Petitioner prays this court correct its mistake and move on his Original filing to Appeal 2255 Denial, and cause whatever procedure schedule that mandate Petitioner to prepare for his next step. That should any further information be needed by Petitioner, Please forward all responses to him at: c/o: #16484-078, Post Office Box 2099, Pollock, Louisiana[71467]; Given Petitioner an Equal Opportunity to be heard.

    CONCLUSION:

    Petitioner state a fact that all is true, correct, certain and not intended to mislead, under the penalty of purjury 28 USC §1746.

**SEE ORDER ATTACHED**
Executed on 9/24th/15 A.D.

                                                          Sincerely By My Prerogative

                                                          Autograph: 09/25/15
                                                                  Royce Rice, Sui juris

*FILED OCT 5 - 2015 Clerk, U.S. District Court Texas Eastern*

# CERTIFICATE OF SERVICE

I, **Royce Rice**, do hereby certify -under the penalty or perjury, 28 U.S.C. § 1746, that I have served a true and correct copy of the foregoing document(s):

**Motion To District Court**

which, pursuant to *Houston v, Lack:* 487 U.S. 266: *101 L.Ed. 2d. 108 .Ct. 2379 (1988),* is deemed filed at the lime it was delivered to prison authorities for forwarding to the court and service upon parties to litigation and/or their attorney(s) of record.

I have placed the material referenced above in a properly sealed envelope with first-class postage (stamps) affixed and I addressed it to:

**District Court Clerk**
**101 E. Pecan st., Suite 112**
**Sherman, Texas 75090**

and deposited said envelope *via* hand delivered to the Mail Room Staff at the United States Penitentiary Pollock, LA, on this **25th** day of **September**, 20**15** A.D.

Respectfully submitted,

**Royce Demond Rice**
Reg. No. **16484078**
US Penitentiary Pollock
P. O. Box 2099
Pollock, LA 71467